UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:17-cv-01829-SVW-JPR | Date | August 10, 2017 |
|---|---|---|---|
| Title | Arika Avasha Hayes Matelyan v. Empire Distribution Company Gozzie et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:** IN CHAMBERS ORDER DISMISSING CASE

On June 14, 2017, the Court granted plaintiff twenty-one (21) days to file an amended complaint. Failing to do so the case would result in the case being dismissed with prejudice.

To date, the plaintiff has failed to comply with the Court's order, therefore, the case is dismissed with prejudice.

Initials of Preparer : PMC